Howard Strong, Esq. [S.B. # 069641]
LAW OFFICES OF HOWARD STRONG
stronglaw@gmail.com
P.O. Box 570092
Tarzana, CA 91357-4031
(818) 343-4434
Fax (818) 343-7910

Attorney for Objector/Appellant A. Alfi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| MARK and RACHELLE BERGER MICHAEL ATTAR, GIL LEE JOSEPH CHENIER, JR., ULYSSES J. HARVEY and JEANNE BAKALE ALDRICH on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>PROPERTY I.D. CORPORATION, a California corporation; PROPERTY I.D. OF CALIFORNIA, 1NC., a California corporation; PROPERTY I.D. CAILIFORNIA, LLC, a California limited liability company; CENDANT CORPORATION, a Delaware corporation; COLDWELL BANKER ! RESIDENTIAL BROKERAGE COMPANY, a California corporation; CENTURY 21 REAL ESTATE CORPORATION, a Delaware | **Case No. CV 05-5373 -GHK (CWx)**<br><br>**NOTICE OF APPEAL BY CLASS MEMBER A. ALFI TO THE UNITED STATES COURT OF APEALS FOR THE NINTH CIRCUIT** |

| | |
|---|---|
| 1 | corporation; RE/MAX OF CALIFORNIA & HAWAII, INC., a ) |
| 2 | California corporation; PROPERTY ) |
| 3 | ID. AFFILIATES 1, LLC, a California ) limited liability company d/b/a ) |
| 4 | PROPERTY I.D. USA; PROPERTY ) |
| 5 | ID ASSOCIATES, LLC, a California ) limited liability company; ) |
| 6 | DISCLOSURE SERVICES, LLC, a ) |
| 7 | California limited liability company; ) COLDWELL BANKER ) |
| 8 | RESIDENTIAL BROKERAGE ) |
| 9 | CORPORATION; COLDWELL ) BANKER REAL ESTATE ) |
| 10 | CORPORATION, a California ) |
| 11 | corporation; REALOGY ) CORPORATION, a Delaware ) |
| 12 | corporation; REALOGY SERVICES ) |
| 13 | GROUP LLC, a Delaware corporation; ) ERA FRANCHISE SYSTEMS, INC.,, ) |
| 14 | a Delaware corporation; NRT ) |
| 15 | INCORPORATED, a Delaware ) corporation; CENDANT REAL ) |
| 16 | ESTATE SERVICES GROUP, LLC, a ) |
| 17 | Delaware corporation; CENDANT ) OPERATION, INC., a Delaware ) |
| 18 | corporation; PRUDENTIAL REAL ) |
| 19 | ESTATE AFFILIATES, INC., a ) Delaware corporation; ) |
| 20 | HOMESERVICES OF CALIFORNIA, ) |
| 21 | INC., a Delaware corporation; ) PRUDENTIAL CALIFORNIA ) |
| 22 | REALTY, a California corporation; ) |
| 23 | MASON-MCDUFFIE REAL ESTATE ) FRANCHISE CORPORATION, a ) |
| 24 | California corporation; MASON- ) |
| 25 | MCDUIFFIE-REAL ESTATE ) FRANCHISE CORPORATION d/b/a ) |
| 26 | PRUDENTIAL CALIFORNIA ) |
| 27 | REALTY, a California corporation; ) |
| 28 | |

ii    No. CV 05-5373 -GHK (CWx)
Alfi Notice of Appeal

| | |
|---|---|
| 1 | PROPERTY ID,, OF EAST BAY, ) |
| | LLC, a California limited liability ) |
| 2 | company; PROPERTY ID. ) |
| | ENVIRONMENTAL DISCLOSURES, ) |
| 3 | LLC, a California limited liability ) |
| 4 | company; PROPERTY I.D. GOLDEN ) |
| | STATE, LLC, a California limited ) |
| 5 | liability company; RAS FINANCIAL ) |
| 6 | SERVICES, INC., a California ) |
| | corporation; PICKFORD REALTY, ) |
| 7 | LTD d/b/a PRUDENTIAL ) |
| 8 | CALIFORNIA REALTY; PICKFORD ) |
| | GOLDEN STATE MEMBER, LLC, a ) |
| 9 | California limited liability company; ) |
| 10 | and DOES 1-10, inclusive; ) |
| 11 | ) |
| | Defendants. ) |

| | |
|---|---|
| 1 | |
| 2 | Objector and Appellant A. Alfi, a class member and objector to the class |
| 3 | settlement herein, does hereby appeal to the United States Court of Appeals for |
| 4 | the Ninth Circuit from the final judgment of the District Court, entered in this |
| 5 | case on January 28, 2009 and all interlocutory orders that gave rise to that |
| 6 | judgment. |
| 7 | |
| 8 | DATED: January 24, 2009 |
| 9 | Respectfully submitted, |

　　　　　　　　　　　by    */s/ Howard Strong*
　　　　　　　　　　　Howard Strong, Attorney for Objector/Appellant A. Alfi