**FILED**

UNITED STATES COURT OF APPEALS

JUN 23 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GIL LEE, on behalf of himself and all persons similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> PROPERTY ID CORPORATION, a California corporation; et al., <br><br> Defendants - Appellees, <br><br> v. <br><br> A. ALFI, <br><br> Movant-Appellant, <br><br> and <br><br> JORGE BACKAL; et al., <br><br> Movants. | No. 09-55278 <br><br> D.C. No. 2:05-cv-05373-GHK-CW <br> Central District of California, Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

RGA/Mediation

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation